JOHN BRACCHI, Respondent, *v.* JAMES KING & SONS, INC., Appellant.

Supreme Court, Appellate Term, First Department, April 26, 1962.

*John W. Olmstead* and *John Nielsen* for appellant. *Winnie & Matis* (*Robert E. Judge* of counsel), for respondent.

*Per Curiam.* In an action in which recovery was based on the failure to supply a safe working space as required by section 200 of the Labor Law, failure to charge that a requisite for defendant's liability was knowledge, actual or constructive of the condition complained of is ground for reversal. (*Zaulich* v. *Thompkins Sq. Holding Co.*, 10 A D 2d 492.)

The judgment should be reversed and a new trial ordered, with $30 costs to appellant to abide the event.

Concur — HOFSTADTER, J. P., GOLD and CAPOZZOLI, JJ.

Judgment reversed, etc.